# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

**Jack Hitsman** and **Debra Hitsman**, )
                                     )      Case No. 1:07-cv-1149
           **Plaintiffs,**    )
                                     )      Hon. Richard Alan Enslen
     v.                             )
                                     )
**Central Credit Services, Inc.,**    )
a Florida corporation,             )
                                     )
           **Defendant.**    )
_____)

**Stipulation to Dismissal**

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, plaintiffs Jack Hitsman and Debra Hitsman, through their attorney of record, and defendant Central Credit Services, Inc., through its attorneys of record, being all of the parties who have appeared in this action, hereby stipulate to its immediate dismissal, with prejudice, and with no award of costs or attorney fees.

Dated: January 23, 2008            /s/ Phillip C. Rogers
                                              Phillip C. Rogers (P34356)
                                              Attorney for Plaintiffs
                                              40 Pearl Street, N.W., Suite 336
                                              Grand Rapids, Michigan 49503-3026
                                              (616) 776-1176
                                              ConsumerLawyer@aol.com

Dated: January 23, 2008            /s/ Michael S. Poncin
                                              Michael S. Poncin (MN Bar #296417)
                                              Moss & Barnett
                                              Attorneys for Defendant
                                              4800 Wells Fargo Center
                                              90 South Seventh Street
                                              Minneapolis, Minnesota 55402
                                              (612) 877-5000
                                              poncinm@moss-barnett.com