UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

JACK HITSMAN and
DEBRA HITSMAN,

        Plaintiffs,

v.

CENTRAL CREDIT SERVICES, INC.,

        Defendant.
_____/

Case No. 1:07-CV-1149

Hon. Richard Alan Enslen

**ORDER OF DISMISSAL**

Upon due consideration of the parties' Stipulation;

**IT IS HEREBY ORDERED** that the Stipulation (Dkt. No. 10) is **GRANTED** and this action is **DISMISSED WITH PREJUDICE** and without costs or fees.

DATED in Kalamazoo, MI:
    January 24, 2008

 /s/ Richard Alan Enslen
RICHARD ALAN ENSLEN
SENIOR UNITED STATES DISTRICT JUDGE